COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:             01-14-00064-CR

Style:                    Shamoon Ahmad

                          **v** The State of Texas

Date motion filed[*]:     August 15, 2014

Type of motion:           Motion for extension of time

Party filing motion:      Appellant

Document to be filed:     Appellant's response to *Anders* brief

If motion to extend time:

    Original due date:             July 2, 2014

    Number of extensions granted:      1          Current Due date:  August 18, 2014

    Date Requested:               February 7, 2015

Ordered that motion is:

    ☐    Granted

        If document is to be filed, document due:

        ☐    No further extensions of time will be granted

    ☒    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

    **Appellant's request for a 180-day extension of time is denied.  Unless appellant's response is filed by September 10, 2014, this appeal will be decided without a response from appellant.**

_____

Judge's signature: /s/ Sherry Radack

                ☒  Acting individually      ☐  Acting for the Court

Panel consists of _____

Date:  August 21, 2014

November 7, 2008 Revision